UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NANA'S KITCHEN, INC., an Illinois Corporation ) <br> dba Custom Blending Solutions ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> . ) <br> Keto Factory, LLC, a Florida limited liability company ) <br> ) <br>     Defendant. ) | Case No. 22-cv-00294 <br> Judge <br> Magistrate Judge |

## COMPLAINT

Plaintiff, Nana's Kitchen, Inc., dba Custom Blending Solutions, by its undersigned attorneys Mark E. Furlane, Susan M. Keegan and Philip Cowan, for its Complaint against Defendant Keto Factory, LLC, a Florida Limited Liability Company, states as follows:

## PARTIES

1. Plaintiff, Nana's Kitchen, Inc., aka Custom Blending Solutions, ("Plaintiff" or "Nana's Kitchen") is an Illinois Corporation. Nana's Kitchen is a citizen of Illinois, and its principal place of business is 1313 Old Bay Road, Johnsburg, Illinois.

2. Defendant Keto Factory, LLC ("Defendant" or "Keto Factory") is a Florida limited liability company with its principal place of business at 1221 Brickell Ave., Suite 900, Miami, Florida 33131.

## JURISDICTION AND VENUE

3. This court has jurisdiction over this matter under 28 U.S.C § 1332 because it involves a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and it is between citizens of different states, as Nana's Kitchen is an Illinois citizen and Keto Factory is a Florida Citizen.

1

4.      Venue is proper under 28 U.S. Code § 1391 in this judicial district because a substantial part of the events or omissions giving rise to the claim occurred in this district.

## SUMMARY OF CLAIMS

5.      Count I states a claim for breach of contract because Keto Factory issued purchase orders to Nana's Kitchen dba Custom Blending Solutions for the purchase from Nana's Kitchen of a total of 98,346 pounds of Keto Factory Multipurpose Blend on the following dates, to wit 3/4/2021, 3/16/21, 3/26/21, and 3/29/21, which Keto Factory's offers to purchase Keto Factory Multipurpose Blend from Nana's Kitchen at a total cost (including $1,400 shipping charges) of $398,300, were accepted by Nana's Kitchen at its principal place of business in Johnsburg, Illinois. Copies of the five purchase orders are attached hereto as Exhibit 1.

6.      Pursuant to the Keto Factory purchase orders Nana's Kitchen promptly shipped to Keto Factory 98,346 pounds of Keto Factory Multipurpose Blend ordered from it by Keto Factory. The goods were delivered by Nana's Kitchen to Keto Factory FBO its carrier NBC Packaging, 500 Fenton Lane, West Chicago, Illinois 60185, and title to the 98,346 pounds of Keto Factory Multipurpose Blend ordered from Nana's Kitchen by Keto Factory passed from Nana's Kitchen to Keto Factory when delivered to Keto Factory's agent NBC Packaging in West Chicago, Illinois.

7.      Nana's Kitchen delivered an adjusted ordered amount of 98,346 pounds of Keto Factory Multipurpose Blend ordered by purchase orders from Nana's Kitchen by Keto Factory, all as agreed to by the parties. Copies of the bills of lading are attached hereto as Exhibit 2. At the agreed to unit price of $4.05 per pound of Keto Factory Multipurpose Blend, Keto Factory owed Nana's Kitchen a total of $398,300 for the 98,000 pounds of Keto Factory Multipurpose Blend

ordered by Keto Factory, shipped to Keto Factory by Nana's Kitchen and accepted by Keto Factory.

8. On May 7, 2021, Nana's Kitchen issued two invoices to Keto Factory, LLC for the Keto Factory Multipurpose Blend ordered from Keto Factory and delivered by Nana's Kitchen and accepted by Keto Factory. One invoice dated May 7, 2021 #712555 in the amount of $109,700 for PO No. 712555. The second invoice dated May 7, 2021 #712777 in the amount of $97,550 for PO No. 712777. As shown on the Invoices, under the parties' agreement 20% was due from Keto Factory to Nana's Kitchen immediately, and the remainder was due in 45 days.

9. On May 26, 2021 invoice #712776 was issued by Nana's Kitchen to Keto Factory, LLC in the amount of $101,600 for the balance of the Keto Factory Multipurpose Blend ordered from Keto Factory and delivered by Nana's Kitchen and accepted by Keto Factory. As shown on the Invoice, under the parties' agreement 20% was due from Keto Factory to Nana's Kitchen immediately, and the remainder was due in 45 days.

10. Keto Factory made payments on the total amount owed of $398,300 as follows:

8/20/2021 $10,000 by a business incoming wire;

8/12/2021 $10,000 by incoming ACH;

7/22/2021 $10,000 by incoming ACH;

6/23/2021 $19,510 by incoming ACH;

5/17/21 $21,940 by incoming ACH;

11. In all, to date, Keto Factory has paid Nana's Kitchen $71,450 of the amount Keto Factory owes Nana's Kitchen.

12. There remains a balance due and owing on the invoices from Keto Factory to Nana's Kitchen of $326,850. That sum has been due and owing since at least July 1, 2021.

13.     Illinois allows prejudgment interest in the amount of 5% per annum on unpaid liquidated sums. To date interest has been accruing since at least July 1, 2021, and will continue to accrue on the unpaid amount until Keto Factory pays its debt to Nana's Kitchen.

## COUNT I
## (BREACH OF WRITTEN AGREEMENT)

14.     Nana's Kitchen repeats and realleges paragraphs 1- 13 above as its paragraph 14 of this Count I as if fully set forth herein.

15.     Nana's Kitchen invoiced Keto Factory for the Keto Factory Multipurpose Blend ordered from Keto Factory and delivered by Nana's Kitchen and accepted by Keto Factory in the following amounts:

**May 7, 2021**

Keto Factory Multipurpose Blend on two invoices: #712555 for 27,000 lbs. and 712554 for 22,000 lbs. - totaling 49,000 lbs.

**May 26, 2021**

Keto Factory Multipurpose Blend on two invoices: #71277 for 24,000 lbs. and #712776 for 25,000 lbs. (Lot #21126), - totaling 49,000 lbs.

**TOTAL** for all Shipments (including $1,400 shipping charges) -   $398,300.

Keto Factory made payments totaling $71,450 leaving a balance owing Nana's Kitchen of $326,850. In addition to the invoices notice of the terms of payment, Nana's Kitchen made several oral and written demands on Keto Factory for payment of the unpaid balance.

16.     Despite those demands for payment Keto Factory has failed and refuses to pay Nana's Kitchen for any of the balance of $326,850, for Keto Factory goods sold and delivered to Keto Factory under the agreement reached by the Parties.

4

17. Nana's Kitchen performed all conditions precedent required of it under its agreement with Keto Factory to entitle it to full payment of the $326,850 balance for the goods sold and delivered to Keto Factory under the agreement reached by the Parties.

18. Keto Factory breached the Party's agreement by failing to pay the balance owed Nana's Kitchen by Keto Factory as stated above.

19. Nana's Kitchen delivered goods to Keto Factory at the request and for the benefit of Keto Factory for which Keto Factory offered to pay Nan's Kitchen an agreed upon rate of $4.05 per pound. Based on the number of pounds delivered under their Agreement Keto Factory owes Nana's Kitchen the $326,850 balance and Nana's Kitchen made a written demand to Keto Factory for payment of the $326,850 balance, which is due and owing. A copy of that demand letter is attached as Exhibit 3.

20. Under 815 ILCS 205/0.01 et seq. Nana's Kitchen is entitled to 5% interest per annum on the amount invoiced to Keto Factory and due and owing it by Keto Factory, since July 1, 2021, which is continuing to accrue until it is paid.

WHEREFORE, Nana's Kitchen respectfully requests this court grant judgment in its favor and against Keto Factory for an amount to be determined by the jury but that is at least $326,850 together with interest at a rate of 5% per annum, and for such other relief as the Court deems appropriate.

## COUNT II
## (BREACH OF ORAL AGREEMENT)

21. Nana's Kitchen repeats and realleges paragraphs 1- 21 above as its paragraph 22 of this Count I as if fully set forth herein in the alternative to Count I.

22. If a written agreement is determined by the Court or Jury to not have been formed, then aforesaid facts establish an oral agreement was reached between the parties. Under that oral

agreement Keto Factory owed Nana's Kitchen $398,300 for goods ordered by Keto Factory from Nana's Kitchen and delivered to and accepted by Keto Factory.

23.     Under that oral agreement Keto Factory made payments totaling $71,450 leaving a balance owing Nana's Kitchen of $326,850 under their oral agreement. In addition to the invoices notice of the terms of payment, Nana's Kitchen made several oral and written demands on Keto Factory for payment of the unpaid balance.

24.     Despite those demands for payment Keto Factory has failed and refuses to pay Nana's Kitchen for any of the balance of $326,850 for Keto Factory goods sold and delivered to Keto Factory under the agreement reached by the Parties.

25.     Nana's Kitchen performed all conditions precedent required of it under its agreement with Keto Factory to entitle it to full payment of the $326,850 balance for the goods sold and delivered to Keto Factory under the agreement reached by the Parties.

26.     Keto Factory breached the Party's agreement by failing to pay the balance owed Nana's Kitchen by Keto Factory as pled above.

27.     Nana's Kitchen delivered goods to Keto Factory at the request and for the benefit of Keto Factory for which Keto Factory offered to pay Nana's Kitchen an agreed upon rate of $4.05 per pound. Based on the number of pounds delivered under their Agreement Keto Factory owes Nana's Kitchen the $326,850 balance and Nana's Kitchen made a written demand to Keto Factory for payment of the $326,850 balance, which is due and owing.

28.     Under 815 ILCS 205/0.01 et seq. Nana's Kitchen is entitled to 5% interest per annum on the amount invoiced to Keto Factory and due and owing it by Keto Factory, since July 1, 2021, which is continuing to accrue until it is paid.

WHEREFORE, Nana's Kitchen respectfully requests this court grant judgment in its favor and against Keto Factory for an amount to be determined by the jury but that is at least $326,850 together with interest at a rate of 5% per annum, and for such other relief as the Court deems appropriate.

### COUNT III
### (UNJUST ENRICHMENT)

29. Also, or in the alternative to Counts I and II, and should Keto Factory maintain and the court or the jury find that the Parties had no agreement covering the goods provided by Nana's Kitchen to Keto Factory, Nana's Kitchen repeats and realleges paragraph 1 through 21 above as its paragraph 30 of this Count III as if fully set forth herein.

30. Keto Factory accepted the goods provided by Nana's Kitchen and benefited from the results of the goods provided by Nana's Kitchen to it.

31. By Keto Factory's actions it has unjustly retained a benefit to the plaintiff's detriment, the retention of which violates the fundamental principles of justice, equity, and good conscience.

32. Keto Factory has been unjustly enriched and Nana's Kitchen is entitled to an award of damages in an amount to be determined by the jury, but which should be found to be in an amount of $326,850 for those goods provided by Nana's Kitchen to Keto Factory, and at a minimum the unjust enrichment should be in the amount admitted by Keto Factory in the invoices to be a reasonable rate for such goods of $4.05 per pound.

WHEREFORE, Nana's Kitchen respectfully requests this court grant judgment in its favor and against Keto Factory for $326,850 and for such other and further relief as the Court deems appropriate.

Dated: January, 2021                          Respectfully submitted,

**NANA'S KITCHEN, INC., an Illinois**
**Corporation dba Custom Blending Solutions**

By:   /s/ Susan M. Keegan
      Susan M. Keegan (ARDC #3125305)
      Berger, Newmark & Fenchel P.C.
      1753 N. Tripp Avenue
      Chicago, IL 60639
      Telephone: (312) 782-5050
      skeegan@bnf-law.com



Keto Factory LLC
www.keto-factory.com
844-KetoFac

# Purchase Order

| Date | P.O. No. |
|---|---|
| 3/4/2021 | 593 |

| Vendor | Ship To |
|---|---|
| Custom Blending Solutions<br>1313 Old Bay Road<br>Johnsburg, IL 60051 | PICK UP BY<br>KETO FACTORY |

| Terms | Expected | Ship Via | FOB | Rep |
|---|---|---|---|---|
| Net 60 | 3/4/2021 | PICK UP | FACTORY | Sargon |

| Item | Qty | Description | Cost | Amount | UPC |
|---|---|---|---|---|---|
| KTFCMTLMX | 50,000 | Keto Factory Multipurpose Blend<br>Price per pound<br>Ingredients:<br>Organic Amond flour blanched<br>Organic Coconut flour<br>Organic psyllium powder<br>Organic pea protein<br>sea salt<br>sodium bicarbonate | 4.05 | 202,500.00 | |

**EXHIBIT 1**

**Total** $202,500.00

MINIMUM 1(one) Year Shelf Life Required. Any product with shorter shelf life will be rejected. Please notify any label or product changes prior shipping or pick up for approval any product changed without KETO FACTORY approval will be rejected at manufacture or vendor expense. Manufacture is responsible to notify KETO FACTORY with any changes. PRODUCT RECEIVED WITH DIFERENT: CASE DIMENSIONS, PACKAGING, CASE COUNT, PRODUCT UPC, CASE UPC PRODUCT WILL BE REFUSE AT VENDOR EXPENSE. COUNT TERMS AT RECEIVING SUBJECT TO VERIFICATION BY KETO FACTORY



**Keto Factory LLC**
www.keto-factory.com
844-KetoFac

# Purchase Order

| Date | P.O. No. |
|---|---|
| 3/16/2021 | 195 |

| Vendor | Ship To |
|---|---|
| Custom Blending Solutions<br>1313 Old Bay Road<br>Johnsburg, IL 60051 | PICK UP BY<br>KETO FACTORY |

| Terms | Expected | Ship Via | FOB | Rep |
|---|---|---|---|---|
| Net 60 | 4/29/2021 | PICK UP | FACTORY | Sargon |

| Item | Qty | Description | Cost | Amount | UPC |
|---|---|---|---|---|---|
| KTFCMTLMX | 40,000 | Keto Factory Multipurpose Blend<br>Price per pound<br>Ingredients:<br>Organic Amond flour blanched<br>Organic Coconut flour<br>Organic psyllium powder<br>Organic pea protein<br>sea salt<br>sodium bicarbonate<br>Please advise leadtime and pick up date | 4.05 | 162,000.00 | |

**Total** $162,000.00

MINIMUM 1(one) Year Shelf Life Required. Any product with shorter shelf life will be rejected. Please notify any label or product changes prior shipping or pick up for approval any product changed without KETO FACTORY approval will be rejected at manufacture or vendor expense. Manufacture is responsible to notify KETO FACTORY with any changes. PRODUCT RECEIVED WITH DIFERENT CASE DIMENSIONS, PACKAGING, CASE COUNT, PRODUCT UPC, CASE UPC PRODUCT WILL BE REFUSE AT VENDOR EXPENSE. COUNT TERMS AT RECEIVING SUBJECT TO VERIFICATION BY KETO FACTORY



**Keto Factory LLC**
www.keto-factory.com
844-KetoFac

# Purchase Order

| Date | P.O. No. |
|---|---|
| 3/26/2021 | 200 |

| Vendor | Ship To |
|---|---|
| Custom Blending Solutions<br>1313 Old Bay Road<br>Johnsburg, IL 60051 | PICK UP BY<br>KETO FACTORY |

| Terms | Expected | Ship Via | FOB | Rep |
|---|---|---|---|---|
| Net 60 | 4/29/2021 | PICK UP | FACTORY | Sargon |

| Item | Qty | Description | Cost | Amount | UPC |
|---|---|---|---|---|---|
| KTFCMTLMX | 22,000 | Keto Factory Multipurpose Blend<br>Price per pound<br>Ingredients:<br> Amond flour blanched<br> Coconut flour<br> psyllium powder<br> pea protein<br> sea salt<br> sodium bicarbonate<br>Please advise leadtime and pick up date | 4.05 | 89,100.00 | |

THIS PURCHASE ORDER FORM IS A CONFIDENTAL DOCUMENT, ONLY TO CONCERN TO THE APPOINTED VENDOR AND KETO FACTORY LLC ONLY. DISTRIBUTION OF THIS DOCUMENT MUST BE UNDER THE WRITTEN CONCEND OF BOTH PARTIES

**Total** $89,100.00

MINIMUM 1 (one) Year Shelf Life Required. Any product with shorter shelf life will be rejected. Please notify any label or product changes prior shipping or pick up for approval any product changed without KETO FACTORY approval will be rejected at manufacture or vendor expense. Manufacture is responsible to notify KETO FACTORY with any changes. PRODUCT RECEIVED WITH DIFERENT: CASE DIMENSIONS, PACKAGING, CASE COUNT, PRODUCT UPC, CASE UPC PRODUCT WILL BE REFUSE AT VENDOR EXPENSE. COUNT TERMS AT RECEIVING SUBJECT TO VERIFICATION BY KETO FACTORY



**Keto Factory LLC**
www.keto-factory.com
844-KetoFac

# Purchase Order

| Date | P.O. No. |
|---|---|
| 3/29/2021 | 203 |

| Vendor | Ship To |
|---|---|
| Custom Blending Solutions<br>1313 Old Bay Road<br>Johnsburg, Il. 60051 | PICK UP BY<br>KETO FACTORY |

| Terms | Expected | Ship Via | FOB | Rep |
|---|---|---|---|---|
| Net 60 | 4/29/2021 | PICK UP | FACTORY | Sargon |

| Item | Qty | Description | Cost | Amount | UPC |
|---|---|---|---|---|---|
| KTFCMTLMX | 22,000 | Keto Factory Multipurpose Blend<br>Price per pound<br>Ingredients:<br>Amond flour blanched<br>Coconut flour<br>psyllium powder<br>pea protein<br>sea salt<br>sodium bicarbonate<br>Please advise leadtime and pick up date | 4.05 | 89,100.00 | |

THIS PURCHASE ORDER FORM IS A CONFIDENTAL DOCUMENT, ONLY TO CONCERN TO THE APPOINTED VENDOR AND KETO FACTORY LLC ONLY. DISTRIBUTION OF THIS DOCUMENT MUST BE UNDER THE WRITTEN CONCEND OF BOTH PARTIES

**Total** $89,100.00

MINIMUM 1(one) Year Shelf Life Required. Any product with shorter shelf life will be rejected. Please notify any label or product changes prior shipping or pick up for approval any product changed without KETO FACTORY approval will be rejected at manufacture or vendor expense. Manufacture is responsible to notify KETO FACTORY with any changes. PRODUCT RECEIVED WITH DIFERENT CASE DIMENSIONS, PACKAGING, CASE COUNT, PRODUCT UPC, CASE UPC PRODUCT WILL BE REFUSE AT VENDOR EXPENSE. COUNT TERMS AT RECEIVING SUBJECT TO VERIFICATION BY KETO FACTORY

May 7 2021    BILL OF LADING – SHORT FORM – NOT NEGOTIABLE    Page 1 of 1

## SHIP FROM
NANA'S CUSTOM BLENDING
1313 OLD BAY ROAD
JOHNSBURG, IL 60051
SARGON/PH#224-402-2815-P/U FRIDAY 5/7/2021 P/U APPT 5AM

**Bill of Lading Number**

## SHIP TO
NBC PACAGING
500 FENTON LANE
WEST CHICAGO, IL 60185
PH#630-562-5222 DLVR S DAY FRIDAY . DLVY HRS 6AM-8AM

**Carrier Name:** ALYNEVYCH INC.
Trailer number
Serial number(s)

## THIRD PARTY FREIGHT CHARGES BILL TO
THINNES LOGISTICS INC
PO BOX 129
ALGONQUIN IL 60102

**SCAC.**
Pro Number  12734

**Special Instructions** P/U FRIDAY 5/7/2021 @ P/U APPOINTMENT 5:00AM SHARP!!! DRIVER MUST BE ON TIME!!! P/U FOR NBC PACKAGING, WEST CHICAGO, IL.53FT TRUCKLOAD @ 40,000#LBS DELIVER SAME DAY STRAIGHT THROUGH FRIDAY 5/7/2021 6AM-8AM

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):
Prepaid ☐   Collect ☐   3rd Party ☐

☐ Master bill of lading with attached underlying bills of lading

## CUSTOMER ORDER INFORMATION

| Customer Order No | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO# P/U FOR NBC PACKAGING WEST CHICAGO IL | 53FT TKLD | 40,000 | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |

Grand Total

## CARRIER INFORMATION

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC No | Class |
| 53FT | TRKLD | | | 40,000 | | 53FT TRUCKLOAD @ 40,000#LBS | | |

56 totes bakery base Keto

DELIVER SAME DAY FRIDAY 5/7/2021 @ 6AM-8AM

49,000 LBS.

COD Amount $
Fee terms Collect ☐   Prepaid ☐   Customer check acceptable ☐

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B)

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees
Shipper Signature _____

Shipper Signature/Date

Trailer Loaded:
☐ By shipper
☐ By driver

Freight Counted
☐ By shipper
☐ By driver/pallets said to contain
☐ By driver/pieces

Carrier Signature/Pickup Date  5/7/21


EXHIBIT 2

| | | |
|---|---|---|
| May 26, 2021 | BILL OF LADING – SHORT FORM – NOT NEGOTIABLE | Page 1 of 1 |

### SHIP FROM
NANA'S /CUSTOM BLENDING
1313 OLD BAY ROAD
JOHNSBURG IL 60051
SARGON/PH#224-402-2615-P/U WEDS 5/26/2021 P/U APPT 6AM

### SHIP TO
NBC PACAGING
500 FENTON LANE
WEST CHICAGO, IL60195
PH#630-562-5222-DLVR S/ DAY WEDS 5/26/21 DLVY APPT @ 8AM

### THIRD PARTY FREIGHT CHARGES BILL TO
THINNES LOGISTICS INC
PO BOX 129
ALGONQUIN IL 60102

**Bill of Lading Number:**

**Carrier Name:** THINNES TRANSPORT
Trailer number
Serial number(s)

**SCAC:**
Pro Number 12871

**Special Instructions:** P/U WEDNESDAY 5/26/2021 @ P/U APPOINTMENT 6:00AM SHARP!!! DRIVER MUST BE ON TIME!!! P/U 2 PO#S= 200 & 203-P/U FOR NBC PACKAGING, WEST CHICAGO, IL. 53FT TRUCKLOAD @ 40,000#LBS. DELIVER SAME DAY STRAIGHT THROUGH WEDNESDAY 5/26/2021 @ 8AM APPOINTMENT/ CONFIRMATION # 1921/ MARTHA

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):
Prepaid ❏  Collect ❏  3rd Party ❏

❏ Master bill of lading with attached underlying bills of lading.

### CUSTOMER ORDER INFORMATION

| Customer Order No. | # of Packages | Weight | Pallet/Slip (circle one) | Additional Shipper Information |
|---|---|---|---|---|
| PO# P/U FOR NBC PACKAGING WEST CHICAGO IL | 53FT TKLD | 49,000 | Y  N | |
| | | | Y  N | |
| | | | Y  N | |
| | | | Y  N | |

Grand Total

### CARRIER INFORMATION

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC No | Class |
| 53FT | TRKLD | | | 49,000 45,000 | | 53FT TRUCKLOAD @ 49,000#LBS | | |

56 pallets

PO# 200, 203     Lot # 21126

DELIVER SAME DAY WEDNESDAY 5/7/2021 @ 9AM
DLVY CONFIRMTION#1921/ MARTHA

**COD Amount:** $
Fee terms: Collect ❏  Prepaid ❏  Customer check acceptable ❏

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees
Shipper Signature

**Shipper Signature/Date**

Trailer Loaded:
❏ By shipper
❏ By driver

Freight Counted:
❏ By shipper
❏ By driver/pallets said to contain
❏ By driver/pieces

**Carrier Signature/Pickup Date**  05/26/21

43/6053



# Berger, Newmark & Fenchel P.C.
Attorneys at Law

December 9, 2021

VIA FedEx
Keto Manag, MNG
Keto Factory, LLC
ATTN: Emily Russell, Administrator
1221 Brickell Ave, Suite 900
Miami, Florida 33131 US

RE: Nana's Kitchen Invoices

Dear Sir or Madam,

This firm represents Nana's Kitchen of Johnsburg, Illinois, owned and operated through Custom Blending Solutions of Johnsburg, Illinois. Our client advises there is a balance due and owing in the sum of $326,850 for the production of Keto Factory Multipurpose Blend, which you received in May of this year. To date, before interest, the balance owed to Nana's Kitchen is $326,850 after crediting you with partial payments totaling $71,450. The sums due and owing our client are supported by the attached purchase orders dated 3/4/21, 3/16/21, 3/29/21, and 3/29/21, and invoices dated 5/7/21 and 5/26/21, the terms of which, as you will note, state "20% due immediately" and "remainder due within 45 days." Statutory interest began to run with the passing of that 45 days and continues to accrue.

Our client agrees to waive the interest only if you make prompt payment in certified funds.

Kindly issue a certified check payable to Nana's Kitchen within seven (7) days of this letter. You may tender payment to our office at the address provided below.

Thank you for your cooperation.

Sincerely,

Philip Cowan
Berger, Newmark & Fenchel, P.C.

CC: Sargon Boudakh
    Nana's Kitchen



EXHIBIT 3

1753 North Tripp Avenue • Chicago, IL 60639
TEL: (312) 782-5050 • FAX: (773) 360-7393 • WEBSITE: www.bnf-law.com